UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN G. OLEXEY,<br><br>               Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | No.  CV-05-0015-MWL<br><br>ORDER GRANTING JOINT MOTION<br>TO REMAND |

Before the court is the parties' Joint Motion To Remand to the Commissioner for further administrative proceedings. (Ct. Rec. 16). The parties have stipulated to proceed before a magistrate judge. (Ct. Rec. 2). After considering the motion:

**IT IS ORDERED**:

1. The parties' Joint Motion to Remand **(Ct. Rec. 16**) is **GRANTED** and the above captioned matter is **REMANDED** to the Commissioner for additional proceedings as outlined below and pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will:

    a.   evaluate the treating source opinions of Christine Bjornstad, M.D. and if warranted, re-contact Dr. Bjornstad

ORDER GRANTING JOINT MOTION FOR REMAND - 1

1     for additional information;
2     b.   update the medical records;
3     c.   evaluate Plaintiff's residual functional capacity; and
4     d.   determine whether claimant can perform her past relevant
5          work under SSR 82-61.
6  If warranted and necessary, the ALJ will obtain medical expert
7  testimony to resolve any conflicts in the record regarding
8  Plaintiff's condition.
9     2.  Judgment shall be entered for the **PLAINTIFF**.
10    3.  An application for attorney fees may be filed by separate
11 motion.
12    4.  The District Court Executive is directed to enter this
13 Order, forward copies to counsel, and thereafter shall close this
14 file.
15    DATED this 8th day of September 2005.

17                              S/ Michael W. Leavitt
                                MICHAEL W. LEAVITT
18                          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT MOTION FOR REMAND - 2